INN - PROB 22
Rev. 05/04

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 0755 2:07CR00098 |
| DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dwayne Antquan Blunt | Northern District Of Indiana | Hammond |

NAME OF SENTENCING JUDGE

Honorable Andrew Rodovich

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 8/1/2007 | TO 7/31/2009 |
|---|---|---|

OFFENSE
BANK FRAUD

**08CR 504**

**JUDGE MORAN**      **MAGISTRATE JUDGE BROWN**

(stamp) RECEIVED JUN 0 1 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE     Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Northern District of Illinois    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_May 30, 2008_
Date

_[signature]_
United Sates ~~District~~ Judge
Magistrate

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    NORTHERN    DISTRICT OF    ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

# FILED

JUN 2 4 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUN 2 3 2008
*Effective Date*

_[signature]_
*United States District Judge*