PROB 12B    Case 1:08-cr-00504    Document 3    Filed 07/15/2008    Page 1 of 4    Page 4 of 6
*Request for Modifying the Conditions or
Term of Supervision with Consent of Offender*

RE:    Client Name:    BLUNT, Dwayne                             Pacts No. 38688
       Docket No:      08-00504M-1

### Violation No. 3: (Standard Condition No. 6) The offender failed to notify the probation officer at least ten days prior to any change of employment.

The offender failed to report his termination of employment to this officer. Even after this officer received verification from the employer that he was no longer employed as of May 16, 2008, the offender continued to deny that he had been terminated.

### RECOMMENDATION

Based on the above-listed violations of probation, this officer is recommending that the offender be ordered to perform at least 20 hours of community service work, per week, at the direction of, and in the discretion of, the U.S. Probation Office, until gainfully employed. Said modification is recommended to encourage Mr. Blunt to actively seek employment, as well as encourage him to maintain employment once it is obtained. Moreover, it shall serve as punishment due to the offender's willful failure to make payments toward his financial obligations. On June 23, 2008, the offender signed the attached Probation Form 49, thereby waiving his right to a hearing and agreeing to the modification.

### PETITIONING THE COURT

☐    To extend the term of supervision for _____ months, for a total term of _____ months.

☒    To modify the conditions of supervision as follows:

The offender shall perform at least 20 hours of community service work, per week, at the direction of, and in the discretion of, the U.S. Probation Office, until gainfully employed.

Sincerely,

Sarah Kieckhafer
United States Probation Officer
Tel: 312-435-5784

Reviewed by:

Ernest Ware
Supervising U.S. Probation Officer
Tel: 312-435-5715

Enclosures:    Probation Form 49
                Judgement and Commitment Order
                Presentence Investigation Report

PROB 12B
Request for Modifying the Conditions or
Term of Supervision with Consent of Offender

Case 1:08-cr-00504  Document 3  Filed 07/15/2008  Page 2 of 4   Page 5 of 6

RE:  Client Name:  BLUNT, Dwayne                                     Pacts No. 38688
     Docket No:   08-00504M-1

cc:   Victoria Peters
      Assistant U.S. Attorney
      U. S. Attorney's Office
      219 South Dearborn Street - 5th Floor
      Chicago, Illinois 60604

      Carol A. Brook
      Federal Defender Program
      55 East Monroe - Suite 2800
      Chicago, Illinois 60603

      Dwayne Blunt


      Financial Litigation Unit
      219 South Dearborn Street - 5th Floor
      Chicago, Illinois 60604

PROB 12B
Request for Modifying the Conditions or
Term of Supervision with Consent of Offender

RE:  Client Name:  BLUNT, Dwayne                                     Pacts No. 38688
     Docket No:   08-00504M-1

PROB 12B  Case 1:08-cr-00504  Document 3  Filed 07/15/2008  Page 3 of 4  Page 6 of 6
*Request for Modifying the Conditions or*
*Term of Supervision with Consent of Offender*

RE:     Client Name:    BLUNT, Dwayne                                                   Pacts No. 38688
         Docket No:      08-00504M-1

## RECOMMENDED MODIFICATION:

☐    To extend the term of supervision for _____ months, for a total term of ___ months.

☒    To modify the conditions of supervision as follows:

The offender shall perform at least 20 hours of community service work, per week, at the direction of, and in the discretion of, the U.S. Probation Office, until gainfully employed.

## THE COURT ORDERS:

☐    No Action

☐    The extension of supervision as noted above

☐    The modification of conditions as noted above

☐    Other

*/s/ James B. Moran*
Honorable James B. Moran

7/15/08
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

**FILED**
JUL 1 5 2008

Judge James B. Moran
United States District Court

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender shall perform at least 20 hours of community service work, per week, at the direction of, and in the discretion of, the U.S. Probation Office until gainfully employed.

Witness: _____
Sarah Kieckhafer
*U.S. Probation Officer*

6/23/08
*(Date Signed)*

Signed: X_____
Dwayne Blunt
*Signature of Probationer/ Supervised Releasee*

X_____ 6-23-08
*(Date Signed)*